J. Edward YOUNG, Jr., Petitioner, v. COM-
MISSIONER OF INTERNAL REV-
ENUE, Respondent.

No. 395.

Circuit Court of Appeals, Second Circuit.
June 17, 1935.

Allen G. Gartner, of Washington, D. C., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Morton K. Rothschild, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Decision affirmed.

Fred G. ZERBST, Warden of the United States
Penitentiary at Leavenworth, Kan-
sas, v. Allen HENRATTY.

No. 1250.

Circuit Court of Appeals, Tenth Circuit.
April 22, 1935.

S. S. Alexander, U. S. Atty., of Topeka, Kan., for appellant.

Calvin, Vandeventer & Kimbrell, of Kansas City, Mo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal (9 F. Supp. 230) dismissed on motion of appellant.